# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Case No. 1:23-cr-00048 |
| v. | ) District Judge Curtis L. Collier |
| SCOTT EDWARD LEWIS | ) Magistrate Judge Christopher H. Steger |

## O R D E R

United States Magistrate Judge Christopher H. Steger filed a report and recommendation (Doc. 41) recommending that the Court: (1) grant Defendant's motion to withdraw his not-guilty plea to Count One of the one-count Indictment; (2) accept Defendant's guilty plea to a lesser-included offense of Count One of the one-count Indictment; (3) adjudicate Defendant guilty of possession of a firearm by a convicted felon in violation of 18 U.S.C. § 922(g)(1); and (4) order that Defendant remain in custody pending sentencing or further order of this Court.

After reviewing the record, the Court agrees with the report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the report and recommendation (Doc. 41) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not-guilty plea to Count One of the one-count Indictment is **GRANTED**;

2. Defendant's plea of guilty to a lesser-included offense of Count One of the one-count Indictment is **ACCEPTED**;

3. Defendant is hereby **ADJUDGED** guilty of possession of a firearm by a convicted felon in violation of 18 U.S.C. § 922(g)(1);

4. A decision on whether to accept the plea agreement is **DEFERRED** until sentencing; and

1

5. Defendant **SHALL REMAIN** in custody until further order of this Court or sentencing in this matter, which is scheduled to take place before the undersigned on **August 13, 2025, at 2:00 p.m**.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**